UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CORTEZ CLASSIC YACHT GUILD, INC.,

    Plaintiff,

v.                                                                          Case No.  8:15-cv-2950-T-24 JSS

S/V SAN FRANCESCO 1870, its engines,
tackle, apparel, etc., *in rem*,

    Defendant.
_____/

## ORDER

This cause comes before the Court on Plaintiff's Motion for Default Judgment *In Rem* and Sale.  (Doc. No. 17).  As explained below, the motion is granted.

Plaintiff alleges in its complaint that it provided necessaries to Defendant S/V SAN FRANCESCO 1870, its engines, tackle, apparel, etc., *in rem*, in the principal amount of $57,974.00.  (Doc. No. 1).  Plaintiff further alleges that it demanded payment, but the owner of the vessel failed to pay.  Therefore, Plaintiff contends that it has a maritime lien against the vessel in the amount of $57,974.00 for the necessaries provided to the vessel.

No response to the complaint was filed, and default was entered on February 23, 2016. (Doc. No. 16).  In the instant motion, Plaintiff seeks default judgment and a bid credit in the amount of its judgment.  Upon consideration, the Court concludes that Plaintiff's motion (Doc. No. 17) is **GRANTED**.

Accordingly, it is ORDERED AND ADJUDGED that:

(1)    The Clerk is directed to enter default judgment against the S/V SAN FRANCESCO 1870, its engines, tackle, apparel, etc., *in rem,* in the amount of

Fifty-Seven Thousand Nine Hundred Seventy Four Dollars and No/100 ($57,974.00), plus Plaintiff's costs of the action to be settled and taxed at the time of distribution of the proceeds of sale of the Defendant vessel.

(2) The S/V SAN FRANCESCO 1870, its engines, tackle, apparel, etc., *in rem,* is ordered to be condemned and sold by the U.S. Marshal at Public Auction to pay for the judgment entered against the Vessel and to foreclose the maritime lien.

(3) Plaintiff CORTEZ CLASSIC YACHT GUILD, INC. is permitted to bid up to Fifty-Seven Thousand Nine Hundred Seventy Four Dollars and No/100 ($57,974.00) plus taxed costs without making any deposit with the Court and/or Marshal to secure such bid and without being required to deposit any money with the Court.

(4) If Plaintiff is the successful bidder, Plaintiff will be responsible for payment of the Marshal's fees, costs, and commissions associated with the sale.

(5) The Clerk is directed to close this case.

**DONE AND ORDERED** at Tampa, Florida, this 7th day of March, 2016.

Susan C. Bucklew
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record

2